ORIGINAL

FILED

SEP 16 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

2   Name:   Johnson    Toney    Alfonso

3            (Last)                    (First)                          (Middle)

4   Prisoner Number:  G-53444

5   Institutional Address:  Calipatria State Prison And Rehabilitation

6            P.O. Box 5006, Calipatria, Ca. 92233

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10   Toney Alfonso Johnson
     (Enter your full name.)                              )
11                                                        )
                                                          )   CV 14 4166
12              vs.                                       )   Case No. _____
                                                          )   (Leave blank; to be provided by Clerk of Court)
13   Correctional Officers, Echano,                       )
                                                          )   **COMPLAINT UNDER THE**
     Robinson, Hensel, and Nurse                          )   **CIVIL RIGHTS ACT,**
14                                                        )   **42 U.S.C. § 1983**
     Gideon                                               )
15   (Enter the full name(s) of the defendant(s) in this action.)  )

16

17   **I. Exhaustion of Administrative Remedies.**

18   _Note:_ You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any
     unexhausted claims.

19   A.   Place of present confinement  Calipatria State Prison & Rehabilitation

20   B.   Is there a grievance procedure in this institution?   **YES** ☒    **NO** ☐

21   C.   If so, did you present the facts in your complaint for review through the grievance

22        procedure?   **YES** ☒    **NO** ☐

23   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each

24        level of review.  If you did not pursue any available level of appeal, explain why.

25           1. Informal appeal:  N/A, appeal number unknown.

26        _____

27        _____

28        _____

     COMPLAINT *Page 1 of 4*

2. First formal level: Interviewed by Maguire Correctional Lieutenant. Appeal number unknown.

3. Second formal level: N/A, Appeal number unknown.

4. Third formal level: Interviewed by Maguire Correctional Captain Robbins on July 18, 2014. Appeal number unknown. (See Exhibit - A)

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
   N/A

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
   Toney A. Johnson, P.O. Box 5006 Calipatria, Ca. 92233.

B. For each defendant, provide full name, official position and place of employment.
   Echano, Correctional Officer, Maguire Correctional Facility San Mateo County; Robinson, Correctional Officer, Maguire Correctional Facility, San Mateo County; Hensel, Deputy Sheriff, Maguire Correctional Facility, San Mateo County; Gideon, Nurse, Maguire Correction Facility, San Mateo County.

COMPLAINT *Page 2 of 4*

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On Thursday May 29, 2014, at appoximately 9:45 P.M. Correctional officers Echano, Robinson, and Deputy Hensel (Hereinafter Defendants), appeared at plaintiff's cell door. Defendant Robinson stated that they were going to search plaintiff's cell for a box of hemorrhoidal suppositorries that defendant Echano told him that plaintiff was in possession of and that they (the hemorrhoidal suppositorries) would be confiscated.

Plaintiff stated to defendant Robinson that (See Attached Sheet)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Compesotory damages of $3,000,000 (Three Million Dollars)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 2 day of September, 2014

_(Plaintiff's signature)_

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

1

2

### MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☒   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 2 day of September, 2014

*(Plaintiff's signature)*

COMPLAINT *Page 4 of 4*

SHORT TITLE:                                          CASE NUMBER:

1  the hemorrohoidal suppositorries were given to him
2  by the Maguire Correctional Facility Physician as
3  treatment for his serious hemorrhoidal condition.
4
5     Defendant Echano then stated that Nurse Lisa
6  told him that he could confiscate plaintiff's hem-
7  orrhoidal suppositorries if he was hoarding them.
8
9     (It should be noted that defendant Echano
10  searched plaintiff's cell during count time at
11  approximately 6:15 P.M. and confiscated four of
12  plaintiff's suppositorries) Further, at approximately
13  9:15 P.M. Nurse Lisa, and defendant Echano appe-
14  ared at plaintiff's cell to distribute evening
15  medication, Plaintiff then showed nurse Lisa
16  the box hemorrhoidal suppositorries and stated
17  that the Physician gave them to him and that by
18  plaintiff being in possession of them is that hoar-
19  ding? Defendant Echano and nurse Lase both look-
20  ed at plaintiff not saying a word a walk away
21  from plaintiff's cell.)
22
23     Defendant Robinson then directed plaintiff to
24  get against the wall to be handcuffed. Before
25  plaintiff could respond to defendant Robinson's
26  *(Required for verified pleading)* The items on this page stated on informationand belief are *(specify numbers, not line numbers: )*
27  This page may be used with any Judicial Council form or any other paper filed with court.          Page _____

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987
Optional Form
Martin Dean's Essential Forms™                 ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper                CRC 201, 501
[E116]

SHORT TITLE:

CASE NUMBER:

1  directions, defendant Robinson rushed directly up
2  to plaintiff and with closed fists and full force
3  hit plaintiff in the nose (causing a two inch
4  scare) and punching plaintiff in the head area
5  causing plaintiff to experience extreme pain
6  and fear of his life.

7
8      While defendant was being assaulted by
9  defendant Robinson, Defendant Echano simul-
10  taneously, was punching plaintiff in his rib-cage
11  on the lower left-side causing Plaintiff to ex-
12  perience extreme pain and fear of his life.

13
14      The pain plaintiff experienced when defen-
15  dant Echano begain punching plaintiff in his rib
16  cage on the lower-left-side was so intense
17  that plaintiff believed that his ribs were frac
18  tured.

19
20      Defendant Hensel stood at the cell door and
21  watched as plaintiff was assaulted by defen-
22  dants Robinson and Echano for approximately
23  ten minutes.

24
25

26  (Required for verified pleading) The items on this page stated on informationand belief are (specify numbers, not line numbers: )

27  This page may be used with any Judicial Council form or any other paper filed with court.          Page _____

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987
Optional Form
Martin Dean's Essential Forms™

ADDITIONAL PAGE

Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
[E116]

SHORT TITLE:

CASE NUMBER:

1    On or about Tuesday June 3, 2014, at approxima-
2    tely 7:50 A.M. plaintiff was exscorted to the
3    medical department for exrays of his left sh-
4    oulder and rib cage on the lower left side. The
5    xray technician ask defendant Gideon was he
6    suppose to take exrays of plaintiff's rib cage
7    on the lower left side?" Defendant Gideon re-
8    sponded no."

9

10    Defendant Gideon's response of no, was in
11   direct conflict with the Physician's directions
12   who examined plaintiff on or about Monday
13   June 2, 2014, to have xrays take of plaintiff
14   left shoulder and rib cage on the lower left side
15   to determine the extent of damage and admi-
16   nister a medical plain.

17

18    Defendant Gideons decision and actions de-
19   nied plaintiff meaningful medical treatment
20   and prolonged plaintiff's pain suffering, and
21   was a overt attempt to cover [up] the brutal
22   assault and battery upon plaintiff by defend-
23   ants Robinson, Echano, and Hensel.

24

25

26   (Required for verified pleading) The items on this page stated on informationand belief are (specify numbers, not line
     numbers: )

27   This page may be used with any Judicial Council form or any other paper filed with court.          Page _____

Form Approved by the
Judicial Council of California
MC-020 (New January 1, 1987
Optional Form
Martin Dean's Essential Forms™

ADDITIONAL PAGE

Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
[E116]

# VERIFICATION
(C.C.P.§ 446 & 2015.5 28 U.S.C. § 1746)

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

I, _Toney A. Johnson_ DECLARE UNDER PENALTY OF PERJURY THAT I AM THE _Plaintiff_ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _9th_ DAY OF _September_ AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA, 92233-5002

_Toney A. Johnson_ (DECLARANT/PRISONER)
SIGNATURE

# PROOF OF SERVICE BY MAIL
(C.C.P.§ 1013(a) & 2015.5 U.S.C. § 1746)

I, _Toney A. Johnson_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER EIGHTEEN (18) YEARS OF AGE, AND AM/AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 500 2 CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON, _September 9, 2014_, I SERVED THE FOREGOING:
_Complaint Under The Civil Rights Act 42 U.S.C. Sec. 1983_
(SET FORTH EXACT TITLE OF DOCUMENT(S) SERVED)

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002.

Clerks Office
United States District Court
Northern District of California
450 Golden Gate Ave.,
San Francisco, Ca. 94102

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

DATE _September 9, 2014_                    _Toney A. Johnson_ (DECLARANT/PRISONER)