UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONEY ALFONSO JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER ECHANO, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-04166-YGR (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants filed a request for an extension of time, up to and including September 15, 2015, in which to file a dispositive motion.  The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a dispositive motion is extended up to and including **September 15, 2015**.  If Defendants file a dispositive motion, Plaintiff's opposition shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** from the date Defendants' motion is filed.  Defendants' reply shall be filed with the Court and served on Plaintiff no later than **fourteen (14) days** after Plaintiff's opposition is filed.  Further requests for extensions are disfavored.

This Order terminates Docket no. 12.

IT IS SO ORDERED.

Dated: July 31, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge