UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONEY ALFONSO JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER ECHANO, et al.,<br><br>         Defendants. | Case No. 14-cv-04166-YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY; AND GRANTING HIS REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Before the Court are Plaintiff's motion to compel discovery (Dkt. 16) and request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment (Dkt. 19). Defendants have opposed Plaintiff's motion to compel, but "in the spirit of cooperation," they explained that they "either have already produced some of the records Plaintiff is seeking, or are in the process of obtaining records in response to some of Plaintiff's requests." Dkt. 17 at 2. Since filing his motion to compel, as mentioned above, Plaintiff has now requested for an extension of time to file his opposition. However, Plaintiff no longer mentions his need for any of the discovery requests in his previously-filed motion to compel. Plaintiff only claims that he needs a sixty-day extension of time to file his opposition because the prison is "constantly on lockdown status." Dkt. 19 at 2.

Having read and considered the papers filed in relation to Plaintiff's requests, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file his opposition is GRANTED. Dkt. 19. And for the reasons stated in Defendants' opposition papers, (Dkt. 17 at 2-3), Plaintiff's motion to compel certain discovery (Dkt. 16) is DENIED.

The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **December 14, 2015**.

1   Defendants shall file a reply brief no later than **January 8, 2016.**

2   This Order terminates Docket nos. 16 and 19.

3   IT IS SO ORDERED.

4   Dated:  October 29, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge