UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TONEY ALFONSO JOHNSON, | No. 14-CV-04166 YGR (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| ECHANO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of TONEY ALFONSO JOHNSON, inmate no. G53444, presently in custody at Calipatria State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 6, 2016

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, Calipatria State Prison

### GREETINGS

WE COMMAND that you have and produce the body of TONEY ALFONSO JOHNSON, inmate no. G53444, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 1:00 p.m., on November 9, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Johnson v. Echano, et al,

and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated:  October 6, 2016

                          SUSAN Y. SONG
                          CLERK, UNITED STATES DISTRICT COURT

                          By: Linn Van Meter
                              Administrative Law Clerk

Dated:  October 6, 2016



_____
NANDOR J. VADAS
United States Magistrate Judge