UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONEY ALFONSO JOHNSON,

    Plaintiff,

  v.

ECHANO, et al.,

    Defendants.

Case No. 14-cv-04166-YGR   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 9, 2016, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Toney Alfonso Johnson

    ( ) Warden or warden's representative

    ( ) Office of the California Attorney General

    ( X ) Other: Judith Holiber, Deputy County Counsel

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 11/10/2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONEY ALFONSO JOHNSON,

    Plaintiff,

  v.

ECHANO, et al.,

    Defendants.

Case No. 14-cv-04166-YGR   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toney Alfonso Johnson ID: G-53444
Calipatria State Prison
P.O. Box 5006
Calipatria, CA 92233

Dated: November 10, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3